IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL NO. H-06-52-11 |
| | § § § | |
| JOSE CANTU | § | |

**O R D E R**

A hearing has been scheduled on the government's sealed motion. The hearing is set for **Wednesday, June 29, 2011, at 3:00 p.m.** The U.S. Marshals are ordered to transport and present the defendant for this hearing.

SIGNED on June 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge